IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00430-REB-MJW

AMERICAN RELIABLE INSURANCE COMPANY,

Plaintiff(s),

v.

COLORADO FARM BUREAU MUTUAL INSURANCE, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate the Present Planning/Scheduling Conference Set for May 6, 2009, and to Re-Set for Another Date in July 2009 (Docket No. 7) is denied.

Date: April 13, 2009