**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00430-REB-MJW

AMERICAN RELIABLE INSURANCE COMPANY,

    Plaintiff,

v.

COLORADO FARM BUREAU MUTUAL INSURANCE, a Colorado corporation,
COLORADO INTERGOVERNMENT RISK SHARING AGENCY, a Colorado agency,
COLORADO SCHOOL DISTRICTS SELF INSURANCE POOL, a Colorado corporation,
JENNIFER DEVORE, an individual,
FARMERS INSURANCE, an Oklahoma corporation,
FARMERS PROPERTY INSURANCE, an Oklahoma corporation,
FOREMOST INSURANCE GROUP, a Michigan corporation,
GRANGE INSURANCE ASSOCIATION, a Washington corporation,
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,
JOHN E. SCHWARTZ, an individual,
JOHN E. SCHWARTZ, on behalf of his minor grandchildren Cody L. Schwartz and Jacob W. Schwartz,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and
V & S RAILWAYS LLC, a Nevada and Utah corporation,

    Defendants.

---

**ORDER DISMISSING DEFENDANT
COLORADO SCHOOL DISTRICTS SELF INSURANCE POOL**

---

**Blackburn, J.**

    The matter before me is the **Stipulated Motion For an Order of Dismissal of Defendant Colorado School Districts Self Insurance Pool With Prejudice** [#26] filed May 20, 2009. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant Colorado School Districts Self Insurance Pool should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For an Order of Dismissal of Defendant Colorado School Districts Self Insurance Pool With Prejudice** [#26] filed May 20, 2009, is **GRANTED**;

2. That plaintiff's claims against defendant Colorado School Districts Self Insurance Pool are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant Colorado School Districts Self Insurance Pool is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 20, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge