IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

C vil Action No. 09-cv-00430-REB-MJW

AMERICAN RELIABLE INSURANCE COMPANY, an Arizona corporation,

Plaintiff,

v.

COLORADO FARM BUREAU MUTUAL INSURANCE, a Colorado corporation,
COLORADO INTERGOVERNMENTAL RISK SHARING AGENCY, a Colorado agency,
COLORADO SCHOOL DISTRICTS SELF INSURANCE POOL, a Colorado corporation,
JENNIFER DEVORE an individual,
FIRE INSURANCE EXCHANGE, a Texas and California corporation, a/k/a Farmers Insurance
ar d/or Farmers Property Insurance,
FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, a Michigan
corporation,
GRANGE INSURANCE ASSOCIATION, a Washington corporation,
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,
JOHN E. SCHWARTZ, an individual,
JOHN E. SCHWARTZ, on behalf of his minor grandchildren Cody L. Schwartz and Jacob W.
Schwartz,
THE STANDARD FIRE INSURANCE COMPANY, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and
V & S RAILWAYS LLC, a Nevada and Utah corporation.

Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE SECOND
## AMENDED COMPLAINT FOR INTERPLEADER AND TO MODIFY THE CAPTION
( Docket po. 28 )

THE COURT having reviewed Plaintiff American Reliable Insurance Company's

Motion to File Second Amended Complaint for Interpleader and to Modify the Caption, having

reviewed the premises and being duly apprised, the Court finds and Orders as follows:

Plaintiff is allowed to file its Second Amended Complaint for Interpleader, and in doing

so, shall also modify the caption to reflect the proper naming of Defendant Colorado Farm

Bureau Mutual Insurance Co.   The Seconded Amended Complaint for Interpleader filed by

Plaintiff on or about May 22, 2009, shall be deemed filed. *As of the Date of this order.*

So Ordered this 26th day of __MAY__, 2009.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2