**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00430-REB-MJW

AMERICAN RELIABLE INSURANCE COMPANY,

     Plaintiff,

v.

COLORADO FARM BUREAU MUTUAL INSURANCE, a Colorado corporation,
COLORADO INTERGOVERNMENT RISK SHARING AGENCY, a Colorado agency,
JENNIFER DEVORE, an individual,
FIRE INSURANCE EXCHANGE, a Texas and California corporation, a/k/a Farmers Insurance and/or Farmers Property Insurance,,
FOREMOST INSURANCE GROUP, a Michigan corporation,
GRANGE INSURANCE ASSOCIATION, a Washington corporation,
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,
CHRISTINE SCHWARTZ, on behalf of her minor children, John Mason Schwartz and Wyatt E. Schwartz,
JOHN E. SCHWARTZ, an individual,
JOHN E. SCHWARTZ, on behalf of his minor grandchildren Cody L. Schwartz and Jacob W. Schwartz,
THE STANDARD FIRE INSURANCE COMPANY, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and
V & S RAILWAYS LLC, a Nevada and Utah corporation,

     Defendants.

---

**ORDER DISMISSING DEFENDANTS
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND
THE STANDARD FIRE INSURANCE COMPANY ONLY**

---

**Blackburn, J.**

The matter before me is the **Stipulated Motion For an Order of Dismissal of Defendant Travelers Indemnity Company of Connecticut and Defendant The Standard Fire Insurance Company, Only, With Prejudice** [#51] filed July 28, 2009.

After careful review of the motion and the file, I conclude that the motion should be

granted and that plaintiff's claims against defendants, Travelers Indemnity Company of Connecticut and The Standard Fire Insurance Company, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For an Order of Dismissal of Defendant Travelers Indemnity Company of Connecticut and Defendant The Standard Fire Insurance Company, Only, With Prejudice** [#51] filed July 28, 2009, is **GRANTED**;

2. That plaintiff's claims against defendants, Travelers Indemnity Company of Connecticut and The Standard Fire Insurance Company, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Travelers Indemnity Company of Connecticut and The Standard Fire Insurance Company, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated July 28, 2009, at Denver, Colorado.

BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

2