**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 09-cv-00430-WJM-MJW

AMERICAN RELIABLE INSURANCE COMPANY,

    Plaintiff,

v.

COLORADO FARM BUREAU MUTUAL INSURANCE, a Colorado corporation,
COLORADO INTERGOVERNMENT RISK SHARING AGENCY, a Colorado agency,
JENNIFER DEVORE, an individual,
FIRE INSURANCE EXCHANGE, a Texas and California corporation, a/k/a Farmers Insurance and/or Farmers Property Insurance,,
FOREMOST INSURANCE GROUP, a Michigan corporation,
GRANGE INSURANCE ASSOCIATION, a Washington corporation,
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,
CHRISTINE SCHWARTZ, on behalf of her minor children, John Mason Schwartz and Wyatt E. Schwartz,
JOHN E. SCHWARTZ, an individual,
JOHN E. SCHWARTZ, on behalf of his minor grandchildren Cody L. Schwartz and Jacob W. Schwartz, and
V & S RAILWAYS LLC, a Nevada and Utah corporation,

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss filed by the Parties on September 2, 2011 (ECF No. 97).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its own attorneys' fees and costs.

Dated this 2nd day of September, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge